

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-10-091-CV

IN RE BRANDY ANN BOUNDS                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that all relief should be denied. Accordingly, relator's petition for habeas corpus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: WALKER and MCCOY, JJ.

DELIVERED: March 30, 2010

---

[1] *See* Tex. R. App. P. 47.4.